CAUSE NO. 2021-73071

| | | |
|---|---|---|
| GENSETIX, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| THE BOARD OF REGENTS OF THE | § | |
| UNIVERSITY OF TEXAS SYSTEM; | § | |
| THE UNIVERSITY OF TEXAS | § | |
| SYSTEM; and THE UNIVERSITY OF | § | |
| TEXAS M.D. ANDERSON CANCER | § | |
| CENTER, | § | 152nd JUDICIAL DISTRICT |
| *Defendants.* | § | |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 4:16:02 PM
CHRISTOPHER A. PRINE
Clerk

---

### REQUEST FOR REPORTER'S RECORD

---

**To: Cynthia Martinez, Court Reporter, 5607 Knox Landing Drive, Rosenberg, TX 77469, at cmontalvo335@gmail.com**

1. Under TEX. R. APP. P. 34.5, Appellants The Board of Regents of The University of Texas System ("Board of Regents"), The University of Texas System ("UTS"), and The University of Texas M.D. Anderson Cancer Center ("MD Anderson") file this request for preparation of a reporter's record for the purpose of an interlocutory appeal of the order denying their Pleas to the Jurisdiction, which was signed by Judge Robert Schaffer (formerly of the 152nd District Court) on January 14, 2025.

2. Appellants' Notice of Interlocutory Appeal was filed on February 3, 2025. The appeal will be heard by the Fifteenth Court of Appeals as case number 15-25-00011-CV.

3. Appellants paid the necessary cost of the record through a check which was sent to you by overnight courier on February 24, 2025.

1

143482056v.1

4. Accordingly, Appellants request that you prepare and deliver, for use on appeal, a reporter's record, in question and answer form, if possible, of the **Hearing on Plea to the Jurisdiction** held on **March 11, 2022**.

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ David E. Harrell*
**David E. Harrell, Jr.**
State Bar No. 00793905
David.Harrell@troutman.com
**Deanna Markowitz Willson**
State Bar No. 24092759
Deanna.Willson@troutman.com
**Chris Dove**
State Bar No. 24032138
Chris.Dove@troutman.com
**Monika A. Dziemianczuk**
State Bar No. 24116311
Monika.Dziemianczuk@troutman.com
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1138
Facsimile: (713) 229-2633

**OFFICE OF THE ATTORNEY GENERAL**
**Alyssa Bixby-Lawson**
Assistant Attorney General Texas
General Litigation Division Division
Office of the Attorney General
P.O. Box 12548, Capitol
alyssa.bixby-lawson@oag.texas.gov
Telephone: (210) 270-1118
Facsimile: (512) 477-2348

**ATTORNEYS FOR DEFENDANTS THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, THE UNIVERSITY OF TEXAS SYSTEM, and THE UNIVERSITY OF**

2

**TEXAS M. D. ANDERSON CANCER CENTER**

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 25, 2025, a copy of the foregoing instrument was served on all counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

/s/     *David E. Harrell Jr.*
David E. Harrell Jr.

3

143482056v.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christopher Dove on behalf of Christopher Dove
Bar No. 24032138
cdove@lockelord.com
Envelope ID: 97760461
Filing Code Description: Request
Filing Description: Request for Reporter's Record
Status as of 2/25/2025 11:38 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Pigg | | rpigg@txattorneys.com | 2/25/2025 11:09:54 AM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 2/25/2025 11:09:54 AM | SENT |
| Jennifer Tatum Lee | | jennifer@clands.com | 2/25/2025 11:09:54 AM | SENT |
| Cabrach Connor | | cab@clands.com | 2/25/2025 11:09:54 AM | SENT |
| Sergio Davila | | sergio@clands.com | 2/25/2025 11:09:54 AM | SENT |
| David Harrell | | david.harrell@troutman.com | 2/25/2025 11:09:54 AM | SENT |
| Deanna Willson | | deanna.willson@troutman.com | 2/25/2025 11:09:54 AM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 2/25/2025 11:09:54 AM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 2/25/2025 11:09:54 AM | SENT |